IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC. | § | |
| | § | |
| vs. | § | NO. 2:10-CV-265-TJW |
| | § | |
| FRONTIER COMMUNICATIONS CORP., | § | |
| ET AL. | § | JURY |

## ORDER

CAME BEFORE THE COURT the Unopposed Motion of Plaintiff, Geotag, Inc., to respond to Defendant Solfo, Inc.'s ("Solfo") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [Dkt. No. 71] (the "Motion to Transfer") and Motion to Dismiss for Lack of Jurisdiction and In the Alternative Motion to Transfer Venue [Dkt. No. 52] (the "Motion to Dismiss").

This unopposed motion is hereby GRANTED. It is ORDERED that the due date for Plaintiff to respond to the Motion to Transfer Venue and Motion to Dismiss is extended until five (5) business days after Plaintiff receives the errata sheets from the deposition of Solfo's representative.

SIGNED this 11th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE