# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORP, *et al.*, <br><br> Defendants. | Civil Action No.: 2:10-CV-00265 <br><br> Hon. T. John Ward |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Frontier Communications Corporation, Local.com Corporation, Dex One Corporation, Windstream Communications, Inc., Yellow Book USA, Inc., IDC Networks, Inc., and CityGrid Media, LLC, file this notice of joinder in Defendant Solfo, Inc.'s ("Solfo") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and state as follows:

On October 13, 2010, Solfo filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [Docket No. 71] seeking transfer of this action to the Western Division of the United States District Court for the Central District of California. Defendants Frontier Communications Corporation, Local.com Corporation, Dex One Corporation, Windstream Communications, Inc., Yellow Book USA, Inc., IDC Networks, Inc., and CityGrid Media, LLC hereby join in that motion.

Dated: February 16, 2011

Respectfully submitted,

By   */S/ Scott M. Border*
_____
Joseph A. Micallef (*Pro Hac Vice*)
joseph.micallef@aporter.com
James S. Blackburn (*Pro Hac Vice*)
james.blackburn@aporter.com
Matthew N. Bathon (*Pro Hac Vice*)
matthew.bathon@aporter.com
Scott M. Border (*Pro Hac Vice*)
scott.border@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999

Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Allen F. Gardner (TX Bar No. 24023679)
allengardner@potterminton.com
POTTER MINTON PC
110 N College, Suite 500
PO Box 359
Tyler, TX 75710
Telephone:  +903.597.8311
Facsimile:  +903.593.0846

*Attorneys for Defendants Frontier Communications Corporation, Local.com Corporation, Dex One Corporation, Windstream Communications, Inc., Yellow Book USA, Inc., IDC Networks, Inc., and CityGrid Media, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 16, 2011.

/S/ Scott M. Border

_____

SCOTT M. BORDER