IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2:10-cv-00265-TJW |
| v. | § | HON. T. JOHN WARD |
| | § | |
| FRONTIER COMMUNICATIONS | § | |
| CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT HELLO METRO INCORPORATED'S**
**NOTICE OF JOINDER**

Please take notice that Defendant, Hello Metro Incorporated ("Hello Metro"), files this notice of joinder in Defendant Solfo, Inc.'s ("Solfo") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and states as follows:

On October 13, 2010, Solfo filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [Docket No. 71] seeking transfer of this action to the Western Division of the United States District Court for the Central District of California. Hello Metro hereby joins in that motion.

Dated:  February ___, 2011.                    Respectfully submitted,


*/s/James E. Davis*
**JAMES E. DAVIS, ESQ.**, *of Counsel*
State Bar No. 05504200
**KLEMCHUK KUBASTA LLP**
8150 N. Central Expressway, Suite 1150
Dallas, Texas 75206
(214) 367-6000 - Telephone
(214) 367-6001 - Facsimile

Of counsel:

Hiram Ely III, Esq.
Robert J. Theuerkauf, Esq.
**MIDDLETON REUTLINGER**
2500 Brown & Williamson Tower
401 South Fourth Avenue
Louisville, Kentucky 40202-3410
(502) 584-1135 - Telephone
(502) 561-0442 - Facsimile

**COUNSEL FOR DEFENDANT,
HELLO METRO INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, counsel for Defendant, Hello Metro Incorporated, electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system will send a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/James E. Davis*
**JAMES E. DAVIS**