IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-CV-265-TJW |
| | § | |
| FRONTIER COMMUNICATIONS | § | JURY TRIAL DEMANDED |
| CORPORATION, LOCAL.COM | § | |
| CORPORATION, DEX ONE | § | |
| CORPORATION, WINDSTREAM | § | |
| COMMUNICATIONS, INC., YELLOW | § | |
| BOOK USA, INC., INTELIUS INC., | § | |
| CENTER'D CORPORATION, IDC | § | |
| NETWORKS, INC., GO2MEDIA, INC., | § | |
| HELLOMETRO INCORPORATED, | § | |
| MAGICYELLOW, INC., SOLFO, INC., | § | |
| YELP!, INC. and CITYGRID MEDIA, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT INTELIUS INC.'S
<u>NOTICE OF JOINDER</u>**

Please take notice that Defendant, Intelius Inc. ("Intelius"), files this Notice of Joinder in Defendant Solfo, Inc.'s ("Solfo") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and states as follows:

On October 13, 2010, Solfo filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 71) seeking transfer of this action to the Western Division of the United States District Court for the Central District of California. Intelius joins in that motion.

Dated: February 17, 2011                    Respectfully submitted,

                                                          By: */s/Eric H. Findlay*
                                                          Eric H. Findlay

State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*Of Counsel:*

Brian G. Bodine *(Pro Hac Vice to be submitted)*
Tiffany Scott *(Pro Hac Vice to be submitted)*
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of February, 2011, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay