IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br> Plaintiff, <br> vs. <br><br> FRONTIER COMMUNICATIONS CORPORATION, LOCAL.COM CORPORATION, DEX ONE CORPORATION, WIND STREAM COMMUNICATIONS, INC., YELLOW BOOK USA, INC., INTELLIUS, INC., CENTER'D CORPORATION, IDC NETWORKS, INC., G02 MEDIA, INC., HELLOMETRO INCORPORATED, MAGICYELLOW, INC., SOLFO, INC., YELP!, INC. and CITYGRID MEDIA, LLC <br><br> Defendants. | CIVIL ACTION NO.: 2:10-cv-00265-TJW |

## DECLARATION OF TAHL KOPEL IN SUPPORT OF SOLFO, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

I, TAHL KOPEL, declare as follows:

1. I am over the age of 18 years and I am the President, and a Director, of MAGICYELLOW, Inc. ("MagicYellow"), a named defendant in the above-referenced proceeding. I make this declaration in support of SOLFO Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue. I have personal knowledge of all facts stated herein and all such facts are true and correct.

2. I am a resident of Los Angeles County, California.

3.  MagicYellow's main office is located in Agoura Hills, California, which is in Los Angeles County and is within the Central District of California. In fact, MagicYellow was served with the summons and complaint in this case at its Agoura Hills, California office.

4.  All of MagicYellow's employees are located at MagicYellow's Agoura Hills office. MagicYellow's website at www.magicyellow.com was designed and developed in Los Angeles County, California, and all of MagicYellow's employees who were involved in the design and development of that website work from MagicYellow's Agoura Hills office. MagicYellow has no office and no employees located within the state of Texas.

5.  All of the documents relating to the design, operation and maintenance of the MagicYellow website are also located at our offices in Agoura Hills, California.

6.  Due to the foregoing, MagicYellow supports the transfer of this case to the Central District of California because trial in the Central District of California would be more convenient and less expensive for MagicYellow.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of February, 2011, at Agoura Hills, California.

_____
TAHL KOPEL

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2011, a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties access this filing through the Court's electronic filing system.

/s/Robert W. Denton
Robert W. Denton