**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-265-TJW |
| | § | |
| FRONTEIER COMMUNICATIONS | § | |
| CORPORATION, ET AL., | § | |
|     Defendants. | § | |
| | § | |

**ORDER**

Before the Court is Defendant Center'd Corporation's Motion to Dismiss.   (Dkt. No. 101.)

Since filing the motion, Center'd Corporation has been dismissed from this case (Dkt. No. 115), so

this motion is DENIED as moot.

It is so ORDERED.

SIGNED this 20th day of July, 2011.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE