## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORP.,<br>*et al.* | 2:10-cv-00265-MHS-CMC |
| GEOTAG, INC.,<br><br>v.<br><br>YELLOWPAGES.COM LLC | 2:10-cv-00272-MHS-CMC |
| GEOTAG, INC.,<br><br>v.<br><br>GEORGIO ARMANI S.P.A., *et al.* | 2:10-cv-00569-MHS-CMC |
| GEOTAG, INC.,<br><br>v.<br><br>GUCCI AMERICA, INC., *et al.* | 2:10-cv-00571-MHS-CMC |
| GEOTAG, INC.,<br><br>v.<br><br>STARBUCKS CORP., *et al.* | 2:10-cv-00572-MHS-CMC |
| GEOTAG, INC.,<br><br>v.<br><br>RENT-A-CENTER, INC., *et al.* | 2:10-cv-00573-MHS-CMC |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> THE WESTERN UNION COMPANY, *et al.* | 2:10-cv-00574-MHS-CMC |
| GEOTAG, INC., <br><br> v. <br><br> ROYAL PURPLE, INC., *et al.* | 2:10-cv-00575-MHS-CMC |
| GEOTAG, INC., <br><br> v. <br><br> WHERE 2 GET IT, INC., *et al.* | 2:11-cv-00175-MHS-CMC |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Eric W. Buether, Christopher M. Joe, Brian A. Carpenter, Mark D. Perantie, Niky Bukovcan and Monica Tavakoli, attorneys for Plaintiff GeoTag, Inc., file this notice of change of address with the court clerk as required by LOCAL RULE CV-11(e).

The current mailing address of Eric W. Buether, Christopher M. Joe, Brian A. Carpenter, Mark D. Perantie, Niky Bukovcan and Monica Tavakoli is:

> Buether Joe & Carpenter, LLC
> 1700 Pacific Avenue
> Suite 2390
> Dallas, TX  75201

The new mailing address for Eric W. Buether, Christopher M. Joe, Brian A. Carpenter, Mark D. Perantie, Niky Bukovcan and Monica Tavakoli is:

> Buether Joe & Carpenter, LLC
> 1700 Pacific Avenue
> Suite 4750
> Dallas, TX  75201

All other contact information remains the same.

Dated:  April 12, 2012

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:  */s/ Eric W. Buether*

Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:    (214) 466-1272
Facsimile:     (214) 635-1828

**NI LAW FIRM, PLLC**

Hao Ni
State Bar No. 24047205
hni@nilawfirm.com

3102 Maple Avenue
Suite 400
Dallas, Texas  75201
Telephone:    (214) 800-2208
Facsimile:     (214) 800-2209

**ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 12th day of April, 2012. Any other counsel of record will be served by facsimile transmission.

*/s/ Eric W. Buether*
Eric W. Buether