# EXHIBIT A

## March 2013   (Revised as of Thurs., Mar. 28-2013 1:30 PM – v22)

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14<br>**Ward – Group 1**<br>1. Canon<br>2. Conn's<br>3. Miele | 15 | 16 |
| 18<br>**Knowles (9:30 am)**<br>1. Oracle/Taleo<br>**Faulkner – Group 2 (8:30 am)**<br>2. Ann<br>3. Burlington<br>4. Staples<br>5. Belk | 19<br>**Faulkner – Group 2 (8:30 am)**<br>1. Walmart<br>2. Chicos<br>3. TJ Maxx<br>**Ward – Group 1 (8:30 am)**<br>4. Guitar Center<br>5. Monster Cable<br>6. Brown Jordan | 20<br>**Faulkner – Group 2 (8:30 am)**<br>1. Alco<br>2. Cabela's<br>3. Casual Male<br>4. Jos A Bank<br>5. Finish Line | 21 | 22<br>**Glasscock – Grp 13 (9:00 am)**<br>1. Carmax<br>2. Group 1 Auto<br>3. Just Brakes<br>**Blume – Group 7 (10:00 am)**<br>4. TA Operating | 23 |
| 25<br>**Harrison – Group 5 (9:00 am)**<br>1. Bare Escentuals<br>2. Crabtree & Evelyn<br>3. Sephora | 26<br>**Harrison – Group 5 (10:00 am)**<br>1. Merle Norman<br>2. Ulta<br>**(1:00 pm)**<br>3. Buth-Na<br>4. Catalog Ventures<br>**Blume – Group 7 (10:00 am)**<br>5. Chick-Fil-A<br>6. Wendy's<br>7. Arby's<br>8. Sonic | 27<br>**McGovern – Grp 14 (Pre-Med Confs.) (9:00 am)**<br>1. Cinemark<br>2. SpatialPoint<br>3. Where2GetIt<br>**(1:30 pm)**<br>4. GSI Commerce (eBay)<br>5. Home Advisor<br>6. Match.com<br>7. PeopleMedia<br>8. City Grid<br>9. Yelp<br>10. hibu (Yellowbook)<br>11. Local<br>12. Dex One<br>13. YP.com<br>14. Intelius | 28<br>**Glasscock – Grp 13 (9:00 am)**<br>1. AutoZone<br>2. Avis<br>3. Pep Boys<br>**(1:30 pm)**<br>4. Penske<br>5. Payless<br>6. Interstate Batteries | 29<br>\*\*\* GOOD FRIDAY \*\*\* | 30 |

## April 1-13, 2013

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| **1**<br>**Ward – Group 1**<br>**(8:30 am)**<br>1. Radio Shack<br>2. Valspar<br>3. ViewSonic | **2** | **3**<br>**Ward – Group 1**<br>**(8:30 am)**<br>1. Bose<br>2. GameStop<br>**Hankinson – Group 4**<br>**(9:00 am)**<br>3. Columbia Sportswear<br>4. VF Corp.<br>5. VF Outdoor (No. Face)<br>6. VF Jeanswear<br>7. Seven For All Mankind<br>8. Carhartt<br>9. Fleet Feet<br>10. Timberland<br>11. Nautica | **4**<br>**Patterson (9:30 am)**<br>1. IBM/Kenexa<br>**McGovern – Group 14**<br>2. Where 2 Get It<br>3. GSI (eBay)<br>4. Cinemark<br>**Hankinson – Group 4**<br>**(9:00 am)**<br>5. Collective Brands<br>6. Brown Shoe<br>7. Nike | **5**<br>**Faulkner – Group 2**<br>1. BJ's Wholesale<br>2. Carter's<br>3. Big Lots<br>4. Macy's<br>5. Dillard's<br>6. Bass Pro<br>**Blume – Group 7**<br>7. Coffee Bean<br>8. 7-Eleven<br>9. Schlotzsky's | **6** |
| **8**<br>**Akin – Group 6**<br>**(1:30 pm)**<br>**(@Downs-Stanford firm)**<br>1. Royal Purple<br>2. Trane | **9**<br>**Akin – Group 6**<br>1. Graco<br>**Knowles – Group 9**<br>2. PSP Group<br>3. Luxotica<br>4. Visionworks<br>**Clayton – Group 11**<br>**(P at 8:00, Ds at 9:00)**<br>5. Yankee Candle (AM)<br>6. Things Remembered (AM)<br>7. JoAnn (PM)<br>8. Barnes & Noble (PM) | **10**<br>**Akin – Group 6**<br>1. Rhino (AM)<br>2. Kubota (AM)<br>3. Kohler (PM)<br>4. Solutia (PM)<br>**Clayton – Group 11**<br>5. Leslie's Poolmart (AM)<br>6. Burleigh Point (AM)<br>7. Michael's (PM)<br>8. Aromatique (PM) | **11**<br>**Akin – Group 6**<br>1. Terex Corp. (AM)<br>2. Caterpillar (AM)<br>3. Applied Industries (PM)<br>**Clayton – Group 11**<br>4. Dots, LLC (AM)<br>5. Draper's & Damon's (AM)<br>6. Hot Topic (PM) | **12 - CLOSED**<br>**Grainger – Group 10**<br>1. Abercrombie & Fitch<br>2. J. Crew<br>3. Gap/Banana/Old Navy<br>4. Esprit<br>**Clayton – Group 11**<br>5. Jimmy Jazz (AM)<br>6. Spencer's (AM)<br>7. BCBG MAX (PM)<br>8. Deb Shops (PM)<br>**Blume – Group 7**<br>9. A&W<br>10. Long John Silver's<br>11. Pizza Hut<br>12. Taco Bell<br>13. KFC<br>**(Tindel) – Group 3**<br>14. Burberry<br>15. Zale | **13** |

## April 15-20, 2013

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| **15**<br><br>**Akin – Group 6**<br>1. National Interlock (AM)<br>2. Craftmaster (AM)<br>3. Stihl (PM)<br>4. Remington (PM)<br>**Clayton – Group 11**<br>5. Hickory Farms (AM)<br>6. Leo's Dancewear (PM)<br>7. Wilson's Leather (PM) | **16**<br><br>**Akin – Group 6**<br>1. American Standard (AM)<br>2. Bobcat (AM)<br>**Clayton – Group 11**<br>3. American Greetings (AM)<br>4. Brookstone (AM)<br>5. David's Bridal (PM)<br>6. Vitamin Cottage (PM)<br>**Patterson – Group 8**<br>7. Regis<br>8. 24 Hour Fitness<br>9. Great Clips | **17**<br><br>**Knowles – Group 9**<br>1. U.S. Vision<br>2. BioScrip<br>**Clayton - Group 11**<br>3. Godiva (AM)<br>4. Citi Trends (AM)<br>5. Hobby Lobby (PM)<br>6. Vitamin Shoppe (PM)<br>**Hankinson – Group 4 (9:00 am)**<br>7. DSW<br>8. Haynesbrands<br>9. Heely's | **18 – CLOSED**<br><br>**Harrison – Group 5**<br>1. Sally Beauty (AM)<br>2. MAC Cosmetics (AM)<br>**Clayton – Group 11**<br>3. Costs Plus (AM)<br>4. Hallmark Cards (AM)<br>5. Toys "R" Us (PM)<br>6. General Nutrition (PM)<br>**Hankinson – Group 4 (9:00 am)**<br>7. Genesco<br>8. Rockport<br>9. VSAI<br>10. Coldwater Creek<br>11. Eddie Bauer<br>12. ASICS<br>13. Crocs | **19**<br><br>**Faulkner – Group 2**<br>1. Best Buy<br>**Patterson – Group 8**<br>2. LA Fitness<br>3. Bally's<br>4. Lifetime<br>**Akin – Group 6**<br>5. AGCO<br>6. Cummins<br>7. John Deere | **20**<br><br>**(Tindel) – Group 3**<br>1. Hugo Boss<br>2. Christian Dior<br>3. LVMH (Louis Vuitton) |

## April 22-30, 2013

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| **22**<br>**Knowles – Group 9**<br>1. PetSmart<br>**Grainger – Group 10**<br>2. Claire's<br>3. Cache<br>4. Formal Specialists<br>5. Forever 21<br><br>**\*\*\* REQUEST FOR DATE DENIED BY COURT \*\*\***<br>**Group 4**<br>6. Levi Strauss<br>7. Spanx<br>8. Marc Ecko<br>9. Mee Accessories | **23 - CLOSED**<br>**McGovern – Group 14**<br>1. Home Advisor<br>2. Match.com<br>3. PeopleMedia<br>4. City Grid<br>5. hibu (Yellowbook)<br>6. Local<br>7. Dex One<br>8. Yelp<br>9. Intelius<br>10. YP.com<br>**Patterson – Group 8**<br>11. Curves<br>12. Gold's Gym | **24 - CLOSED**<br>**Grainger - Group 10**<br>1. Diesel USA<br>2. Aeropostale<br>3. Charlotte Russe<br>4. Christopher & Banks<br>5. Groupe Dynamite<br>6. Haggar<br>7. Dress Barn/Maurices<br>8. American Eagle<br>9. Quicksilver<br>10. Charming Shoppes<br>**Knowles – Group 9**<br>11. Eyemart Express<br>12. RiteAid<br>13. Petco<br><br>**\*\*\* REQUESTED BUT NOT CONFIRMED \*\*\***<br>**Tindel – Groups 3/12**<br>14. Rolex<br>15. Mexican Restaurants<br>16. Cheesecake Factory | **25 - CLOSED**<br>**Faulkner – Group 2**<br>1. Ace Hardware<br>2. Costco<br>3. Dick's Sporting Goods<br>4. Dollar Tree<br>5. Gander Mountain<br>6. Nordstrom<br>7. Target<br>8. Sports Authority<br>**Glasscock – Group 13**<br>9. Alamo/Enterprise (AM)<br>10. Dollar /Thrifty (AM)<br>11. Hertz (AM)<br>12. Advance (AM)<br>13. Sunbelt (PM)<br>14. U-Haul (PM) | **26**<br>**Faulkner – Group 2**<br>1. Academy<br>2. H&M<br>3. Ross<br>4. Kohl's<br>**Glasscock – Group 13**<br>5. AutoNation<br>6. O'Reilly<br>**(Tindel) – Group 3**<br>7. Vera Wang<br>8. Gucci<br>9. Coach | **27**<br>**Gilbert – Group 3**<br>1. Richemont/Cartier<br>2. Van Cleef & Arpels<br>3. Ralph Lauren<br>4. Sterling<br>5. Chanel<br>6. Donna Karan |
| **29**<br>**Knowles – Group 9**<br>1. National Vision<br>2. Christus<br>**Grainger – Group 10**<br>3. Frederick's of Hollywood<br>4. New York & Co.<br>5. Patagonia<br>6. American Apparel<br>7. Delias<br>8. Guess<br>**McCullough – Group 15**<br>9. Safeway<br>10. Kroger | **30** | | | | |