IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| GEOTAG, INC., | |
| --- | --- |
| vs. | |
| FRONTIER COMMUNICATIONS CORP., *et al.,* | 2:10-cv-00265 (consolidated) |
| AROMATIQUE, INC.; *et al.,* | 2:10-cv-00570 |
| GUCCI AMERICA, INC.; *et al.,* | 2:10-cv-00571 |
| THE WESTERN UNION COMPANY; *et al.,* | 2:10-cv-00574 |
| ROYAL PURPLE, INC.; *et al.,* | 2:10-cv-00575 |
| YAKIRA, L.L.C.; *et al.,* | 2:10-cv-00587 |
| WHERE 2 GET IT, INC.; *et al.,* | 2:11-cv-00175 |
| EYE CARE CENTERS OF AMERICA, INC., | 2:11-cv-00404 |
| GUESS? RETAIL INC., | 2:12-cv-00469 |
| BOSE CORPORATION, | 2:12-cv-00527 |
| 24 HOUR FITNESS WORLDWIDE INC. | 2:12-cv-00530 |

**ORDER GRANTING DISMISSAL WITH PREJUDICE
OF CERTAIN CLAIMS AGAINST DEFENDANTS WHO ARE CUSTOMERS
OF INTERNATIONAL BUSINESS MACHINES**

The Stipulated Motion for Dismissal with Prejudice of Certain Claims Against Defendants who are Customers of International Business Machines is GRANTED.

It is ORDERED, ADJUDGED AND DECREED that all claims against the following parties directed solely to any product or service of International Business Machines Corporation, its affiliate Kenexa Corporation, and each of their affiliates (collectively "IBM"), namely job locator product and services, are hereby DISMISSED WITH PREJUDICE and all costs, expenses and attorneys' fees for the dismissed claims are to be borne by the party that incurred them:

| Case | IBM Customer |
| --- | --- |
| TXED 2:12-cv-00530<br>GeoTag v. 24 Hour Fitness Worldwide Inc. | 24 Hour Fitness Worldwide Inc. |
| TXED 2:10-cv-00587<br>GeoTag v. Yakira, LLC; *et al.* | Ace Hardware Corp. |
| TXED 2:11-cv-00404<br>GeoTag v. Eye Care Centers of | American Greetings Corporation |

| | |
|---|---|
| America, Inc. | |
| TXED 2:12-cv-00527<br>GeoTag v. Bose Corporation | Bose Corp. |
| TXED 2:10-cv-00571<br>GeoTag v. Gucci America Inc.; *et al.* | Cabela's Inc. |
| TXED 2:10-cv-00570<br>GeoTag v. Aromatique, Inc.; *et al.* | Dollar Tree, Inc. |
| TXED 2:10-cv-00469<br>GeoTag v. Guess? Retail Inc. | Guess? Retail Inc. |
| TXED 2:10-cv-00587<br>GeoTag v. Yakira, L.L.C.; *et al.* | GSI Commerce, Inc. |
| TXED 2:10-cv-00574<br>GeoTag v. The Western Union Company; *et al.* | HEB Grocery Company, LP |
| TXED 2:11-cv-00175<br>GeoTag v. Where 2 Get It Inc.; *et al.* | Jo-Ann Stores, Inc. |
| TXED 2:10-cv-00574<br>GeoTag v. The Western Union Company; *et al.* | Lowe's Home Centers, Inc. |
| TXED 2:10-cv-00571<br>GeoTag v. Gucci America Inc.; *et al.* | Petco Animal Supplies, Inc. and Petco Animal Supplies Stores, Inc. |
| TXED 2:10-cv-00575<br>GeoTag v. Royal Purple, Inc.; *et al.* | Pizza Hut, Inc. |
| TXED 2:10-cv-00587<br>GeoTag v. Yakira, L.L.C.; *et al.* | Quicksilver, Inc. d/b/a Roxy |
| TXED 2:10-cv-00571<br>GeoTag v. Gucci America Inc.; *et al.* | Ross Stores, Inc. |
| TXED 2:10-cv-00571<br>GeoTag v. Gucci America Inc.; *et al.* | Staples, Inc. |
| TXED 2:10-cv-00575<br>GeoTag v. Royal Purple, Inc.; *et al.* | Taco Bell Corp. |
| TXED 2:11-cv-00404<br>GeoTag v. Eye Care Centers of America, Inc. | Things Remembered, Inc. |
| TXED 2:11-cv-00175<br>GeoTag v. Where 2 Get It Inc.; *et al.* | Wal-Mart Stores, Inc. |

This dismissal is of only the specific claims identified above against the above identified IBM Customers. All of GeoTag's other accusations of infringement against the above identified

IBM Customers that do not include an accusation directed to an IBM product or service are not dismissed by this Order.  Accordingly, as accusations of infringement relating to products and services of parties other than IBM will remain against each IBM Customer after the above-requested dismissal, no case against an IBM Customer is dismissed completely as a result of this Order.

**So ORDERED and SIGNED this 1st day of May, 2013.**

                                            RODNEY GILSTRAP
                                            UNITED STATES DISTRICT JUDGE