# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br>   Plaintiff, <br><br>    v. <br><br> FRONTIER COMMUNICATIONS CORPORATION, *et al.*, <br>   Defendants. | Civil Action No. 2:10-CV-00265-JRG <br><br> CONSOLIDATED CASE |
| GEOTAG, INC., <br>   Plaintiff, <br><br>    v. <br><br> ALCO STORES, INC., <br>   Defendant. | Civil Action No. 2:12-CV-00477 |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALCO STORES, INC.

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag Inc. and Defendant ALCO Stores, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag Inc. and Defendant ALCO Stores, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 8th day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE