**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 2:10-CV-265-JRG |
| FRONTIER COMMUNICATIONS CORP., et al. | |
| Defendant. | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS BESTBUY.COM, LLC, JOS. A. BANK CLOTHIERS INC., AND LIFE TIME FITNESS, INC.**

Defendants and Counterclaimants BestBuy.com, LLC ("BestBuy"), Jos. A. Bank Clothiers Inc. ("Jos. A. Bank"), and Life Time Fitness, Inc. ("Life Time") (collectively "Defendants") hereby moves to withdraw Charlene M. Morrow, Patrick Premo, Hector Ribera, Kathleen Lu, and Brian Lahti of Fenwick & West, LLP, as attorneys of record for BestBuy, Jos. A. Bank, and Life Time in the above-captioned matter, and requests that they be removed from the CM/ECF noticing list and any other service lists in this case.

Other counsel of record for these Defendants will continue to represent Defendants in this case for all remaining claims asserted by Plaintiff, as well as, any and all counterclaims asserted by Defendants.  Pursuant to Local Rule CV-11(d), Defendants do not intend for this withdrawal to be the cause of any delay in this case.  The undersigned counsel for Defendants has conferred with counsel for Plaintiff, who does not oppose the relief requested in this motion.  Thus, BestBuy, Jos. A. Bank, and Life Time respectfully request that the Court withdraw Charlene M. Morrow, Patrick Premo, Hector Ribera, Kathleen Lu, and Brian Lahti as attorneys of record in this case.

Dated: May 31, 2013                    Respectfully submitted,


By: */s/ Patrick E. Premo*
     Patrick E. Premo
     CA Bar No. 184915 (Admitted E.D. Texas)
     ppremo@fenwick.com
     FENWICK & WEST LLP
     801 California Street
     Mountain View, CA  94041
     Telephone:  (650) 988-8500
     Facsimile:  (650) 938-5200

     **Attorneys for**
     **BestBuy.com, LLC, Jos. A. Bank Clothiers Inc.**
     **and Life Time Fitness Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 31, 2013.

*/s/ Patrick E. Premo*
Patrick E. Premo

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on May 29, 2013 opposing counsel from parties relevant to the relief requested in this motion have conferred in compliance with Local Rule CV-7(h) and can certify that this motion is unopposed.

*/s/ Patrick E. Premo*
Patrick E. Premo