**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

GEOTAG, INC.,

Plaintiff,

v.

FRONTIER COMMUNICATIONS CORPORATION, *et al.*,

Defendants.

Consolidated Action No. 2:10-cv-265-JRG

**NOTICE OF COMPLIANCE WITH ORDER REGARDING MOTION TO COMPEL**

Defendants listed herein certify compliance with the Court's Order regarding GeoTag's Motion to Compel Document Production (D.I. 643):

1. 24 Hour Fitness Worldwide
2. Ann, Inc.
3. Wendy's Arby's Restaurants
4. AutoZone, Inc.
5. Barnes and Noble, Inc.; Barnesandnoble.com, LLC
6. Bass Pro, Inc.; BPS Direct, LLC; Bass Pro Outdoors Online, LLC
7. Belk, Inc.
8. Big Lots Stores, Inc.; Big Lots, Inc.
9. Clark Equipment Company d/b/a Bobcat Company
10. Bose Corporation
11. Brown Shoe Company Inc.
12. Burlington Factory Warehouse Co.

13. Buth-Na-Bodhaige

14. CarMax, Inc.; CarMax Business Services, LLC

15. The William Carter Company

16. CMRG Apparel, LLC

17. Catalogue Ventures

18. Chico's FAS Inc.

19. Collective Brands Inc.

20. Coach, Inc.

21. Dillard's Inc.

22. The Finish Line, Inc.

23. GameStop Corp.

24. Graco, Inc.

25. Great Clips, Inc.

26. Gucci America, Inc.

27. Guitar Center Inc.

28. The Hertz Corp. d/b/a Hertz Corp d/b/a Hertz Car Rental

29. Hobby Lobby Stores, Inc. d/b/a Hobby Lobby Creative Centers d/b/a Hobby Lobby

30. Jos A. Bank Clothiers

31. Just Brakes of Nevada, Inc. d/b/a Just Brakes; Brake Centers of the Southwest, Inc. d/b/a Just Brakes

32. Kohl's Corporation, Kohl's Department Stores Inc.; Kohl's Illinois Inc.

33. The Kroger Co.; Kroger Limited Partnership I d/b/a JayC Food Stores d/b/a Pay Less Super Markets; Kroger Limited Partnership II; Kroger Texas L.P.; Dillon Companies, Inc. d/b/a Dillon Food Stores d/b/a Dillons d/b/a Baker's Supermarkets d/b/a City Market d/b/a King Soopers d/b/a Gerbes Supermarkets; Food 4 Less GM, Inc.; Food 4 Less Holdings, Inc.; Fred Meyer Stores, Inc. d/b/a Quality Food Centers d/b/a/ QFC; Pay Less Super Markets Inc.; Ralphs Grocery Company d/b/a Ralphs d/b/a Food 4 Less d/b/a

Foods Co.; Smith's Food & Drug Centers, Inc. d/b/a Smith's Food & Drug Stores d/b/a Smith's d/b/a Fry's Food Stores

34. Leslie's Poolmart, Inc. d/b/a Leslie's Poolmart d/b/a Swimming Pool Supplies d/b/a Leslie's

35. O'Reilly Automotive, Inc. d/b/a O'Reilly Auto Parts

36. The Pep Boys – Manny, Moe & Jack d/b/a Pep Boys

37. Ross Stores, Inc.

38. Royal Purple Inc.

39. Solutia, Inc.

40. Sonic Corporation

41. Staples Inc.

42. The TJX Companies, Inc. d/b/a TJ Maxx

43. Vitamin Shoppe Industries, Inc

44. Wendy's/Arby's Group, Inc., Wendy's International, Inc., Wendy's/Arby's Restaurants, LLC, Oldemark LLC

Dated: June 21, 2013

Respectfully submitted,

By: *<u>/s/ Robert L. Lee</u>*

Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com

ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

*Counsel for Defendants 24 Hour Fitness Worldwide Inc.; Ann Inc.; Arby's; AutoZone Inc.; Barnes & Noble Inc.; Barneandnoble.com, LLC; Bass Pro Outdoors Online, LLC; Bass Pro, Inc.; BPS Direct, LLC; Belk Inc.; Big Lots Stores;Big Lots, Inc.; Clark Equipment Company d/b/a Bobcat Company; Bose Corporation; Brown Shoe Company Inc.; Burlington Factory Warehouse Corporation; Buth-Na-Bodhaige, Inc.; Carmax Inc, Carmax Business Services LLC; The William Carter Company; Carter's Inc.; CMRG Apparel, LLC; Body Central (f/k/a/ Catalogue Ventures, Inc.); Chico's FAS Inc.; Coach Inc.; Collective Brands Inc.; Dillard's Inc.; GameStop Corporation; Graco Inc.; Great Clips Inc.; Gucci America Inc.; Guitar Center Inc.; The Hertz Corp. d/b/a Hertz Corp. d/b/a Hertz Car Rental; Hobby Lobby Stores Inc.; Jo-Ann Stores, Inc., JoAnn.com, LLC; Jos. A. Bank Clothiers Inc.; Just Brakes Of Nevada, Inc. d/b/a Just Brakes; Brake Centers Of The Southwest, Inc.; d/b/a Just Brakes; Kohl's Corporation, Kohl's Department Stores Inc.; Kohl's Illinois Inc.; Dillon Companies Inc.; Food 4 Less GM, INC.; Food 4 Less Holdings, Inc.; Kroger; Limited Partnership I; Kroger Limited Partnership II; Kroger Texas L.P.; Pay Less; Markets Inc.; Ralphs Grocery Company; Randall's Food & Drugs LP; Smith's Food; & Drug Centers Inc.; The Kroger Co.; Fred Meyer Stores Inc.; Leslie's Poolmart Inc.; O'Reilly Automotive Inc.; Ross Stores Inc.; Royal Purple, LLC; Solutia Inc.; Sonic Corporation; Staples Inc.; The Finish Line Inc.; The Pep Boys -- Manny Moe & Jack; TJX Companies Inc.; Vitamin Shoppe Industries, Inc.; Wendy's*

*International Inc.; Wendy's/Arby's Group Inc.; Wendy's/Arby's Restaurants LLC; Oldemark LLC*


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Court in compliance with Local Rule CV-5(a) and served via email through the Court's ECF system on all counsel of record.

/s/ *Kamran Jivani*
Kamran Jivani