# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>    Plaintiff,<br>            v.<br>FRONTIER COMMUNICATIONS CORPORATION, *et al.*,<br>    Defendants. | Civil Action No. 2:10-CV-00265-JRG<br><br>CONSOLIDATED CASE |
| GEOTAG, INC.,<br>    Plaintiff,<br>            v.<br>CANON U.S.A., INC.,<br>    Defendant. | Civil Action No. 2:12-cv-0043-JRG |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. and Defendant Canon U.S.A., Inc. is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag, Inc. and Defendant Canon U.S.A., Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Jun 26, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE