**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00265-JRG (Consolidated)** |
| **FRONTIER COMMUNICATIONS CORP.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-00421** |
| **AMERCO,** *et al.* | |

**ORDER ON U-HAUL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO
FILE A SUR-REPLY TO GEOTAG, INC.'S OPPOSED MOTION FOR DISMISSAL
(DKT. 645)**

Before the Court is Defendants U-Haul International, Inc., eMove, Inc., and Web Team

Associates, Inc.'s (collectively, "the U-Haul Defendants") Unopposed Motion for Extension to

File a Sur-Reply to GeoTag, Inc.'s Opposed Motion for Dismissal (Dkt. 645).  The Court, having

noted that the relief requested is unopposed, is of the opinion that the Motion should be

GRANTED.

IT IS THEREFORE ORDERED that the U-Haul Defendants are granted a one-week

extension of time to July 5, 2013 for the U-Haul Defendants to file a sur-reply to GeoTag, Inc.'s

*Opposed Motion for Dismissal with Prejudice of Certain Claims Against U-Haul International,*

*Inc., eMove, Inc., and Web Team Associates, Inc. who are Customers of Microsoft Corporation*

(Dkt. 645).

**So Ordered and Signed on this**

**Jun 26, 2013**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE