## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>    Plaintiff,<br><br>            v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, *et al.*,<br>    Defendants. | Civil Action No. 2:10-CV-00265-JRG<br><br>CONSOLIDATED CASE |
| GEOTAG, INC.,<br>    Plaintiff,<br><br>            v.<br><br>BURLEIGH POINT, LTD.,<br>    Defendant. | Civil Action No. 2:12-CV-00441-JRG |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between GeoTag and Burleigh is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this litigation between GeoTag and Burleigh, are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 28th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE