UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORP., ET AL.<br><br>    Defendant. | **C.A. NO. 2:10-cv-00265-JRG**<br><br>**CONSOLIDATED CASE** |

**JOINT NOTICE OF COMPLIANCE REGARDING SUBMISSION OF LETTER BRIEF**

In compliance with the Court's Standing Order regarding Submission of Letter Briefs and the Docket Control Order dated February 27, 2013 (Dkt. No. 481), the 204 Defendants listed at the end of this document (the "Moving Defendants") file notice of their letter to the Court requesting permission to file a motion for summary judgment of non-infringement. A copy of the letter is attached as Exhibit 1.

Dated:   July 9, 2013              Respectfully submitted,

                                   By:   /s/ Willem G. Schuurman
                                         Willem G. Schuurman (TX Bar No. 17855200)
                                         Avelyn Ross (TX Bar No. 24027817)
                                         Ajeet Pai (TX Bar No. 24060376)
                                         Christopher G. Granaghan (TX Bar No. 24078585)
                                         VINSON &ELKINS LLP
                                         2801 Via Fortuna, Suite 100
                                         Austin, Texas 78746-7568
                                         Tel: (512) 542-8400
                                         Fax: (512) 542-8612
                                         bschuurman@velaw.com
                                         aross@velaw.com
                                         apai@velaw.com
                                         cgranaghan@velaw.com

        Deirdre M. Wells (TX Bar No. 24069623)
        VINSON & ELKINS LLP
        2200 Pennsylvania Ave NW, Suite 500 West
        Washington, DC 20037-1701
        Tel: (202) 639-6590
        Fax: (202) 478-1815
        dwells@velaw.com

*On Behalf of the Moving Defendants (\*See list at end)*

*Counsel for Defendants,* 7-Eleven, Inc.; Bare Escentuals, Inc.; BJ's Wholesale Club, Inc.; Christian Dior Perfumes, LLC; Crabtree & Evelyn, Ltd.; Gold's Gym International, Inc.; LVMH Moet Hennessy Louis Vuitton, Inc.; Sephora USA, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 9, 2013 the foregoing document was filed through the Eastern District of Texas' CM/ECF system, and was served by that system, under Federal Rule of Civil Procedure 5(b)(2)(E), on all counsel of record by electronic mail:

        By:   /s/ Willem G. Schuurman
               Willem G. Schuurman

## List of Moving Defendants

1. 7-Eleven, Inc.
2. Abercrombie & Fitch Co.
3. Academy Ltd.
4. Ace Hardware Corporation
5. Advance Auto Parts, Inc.
6. Advance Stores Company, Inc.
7. Aeropostale, Inc.
8. AGCO Corporation
9. AMERCO
10. America Greetings Corporation
11. American Apparel
12. American Eagle Outfitters, Inc.
13. Ann Inc. (job locator)
14. Applied Industrial Technologies, Inc.
15. Aromatique, Inc.
16. AS America, Inc.
17. ASICS America Corp.
18. AutoNation, Inc.
19. Avis Budget Group, Inc.
20. Avis Rent A Car System, LLC
21. Babiesrus.com, LLC
22. Bally Total Fitness Corp.
23. Banana Republic LLC (job locator)
24. Bare Escentuals, Inc.

25. Barnes & Noble, Inc. (job locator)

26. BestBuy.Com LLC

27. BJ's Wholesale Club, Inc.

28. Brookstone Company, Inc.

29. Burberry Limited

30. Cabela's, Inc.

31. Cache, Inc.

32. Carhartt, Inc.

33. Carr-Gotstein Foods Co.

34. Caterpillar Inc.

35. Chanel, Inc.

36. Charlotte Russe, Inc.

37. Charming Shoppes Inc.

38. Chick-Fil-A, Inc.

39. Christian Dior Perfumes, LLC

40. Christopher & Banks Corp.

41. CHRISTUS Health a/k/a CHRISTUS Health Non-Profit Corp. & CHRISTUS Health Foundation

42. Cinemark Holdings, Inc.

43. Cinemark USA, Inc.

44. CityGrid Media LLC

45. Citi Trends, Inc.

46. Claire's Stores, Inc.

47. Clark Equipment Company d/b/a Bobcat Company (job locator)

48. Columbia Sportswear Company

49. Columbia Sportswear North America, Inc.,

50. Columbia Sportswear USA Corp.

51. Conn Appliances, Inc.

52. Cost Plus, Inc.

53. Costco Wholesale Corp.

54. Crabtree & Evelyn, Ltd.

55. Craftmaster Manufacturing, Inc.

56. Crocs Inc.

57. Cummins, Inc.

58. Curves International, Inc.

59. David's Bridal Inc.

60. Deere & Co.

61. Delia's, Inc.

62. Dex One Corporation

63. Dick's Sporting Goods, Inc.

64. Diesel U.S.A. Inc.

65. Dollar Rent A Car, Inc.

66. Dollar Thrifty Automotive Group, Inc.

67. Dollar Tree, Inc.

68. Donna Karan International, Inc.

69. Dots LLC

70. DSW

71. E-Advance, LLC

72. Eddie Bauer LLC

73. eMove, Inc.

74. Enterprise Holdings, Inc.

75. Esprit US Retail Limited

76. Eyemart Express, Ltd.

77. Forever 21 Retail, Inc.

78. Formal Specialists Ltd.

79. Frederick's of Hollywood

80. Gander Mountain Company

81. General Nutrition Centers, Inc.

82. General Nutrition Corporation

83. Genesco Inc.

84. Genuardi's Family Markets LP

85. Geoffrey, LLC

86. Godiva Chocolatier, Inc.

87. Gold's Gym International, Inc.

88. Graco, Inc.

89. Group 1 Automotive

90. Groupe Dynamite, Inc.

91. GSI Commerce, Inc.

92. Guess? Retail Inc.

93. H&M Hennes & Mauritz L.P.

94. Haggar Clothing Co.

95. Haggar Direct, Inc.

96. Hallmark Cards Incorporated

97. Hanesbrands Inc.

98. Heeling Sports, Ltd.

99. Herman Miller, Inc. (job locator)

100. Hibu Inc. f/k/a Yellowbook USA, Inc.

101. Hot Topic, Inc.

102. Home Advisor, Inc. f/k/a ServiceMagic, Inc.

103. Hugo Boss Fashions, Inc.

104. Intelius Inc.

105. Interstate Battery Systems of America, Inc.

106. J.Crew Group, Inc.

107. Jimmy Jazz E-Commerce, LLC

108. Jo-Ann Stores, Inc.

109. KFC Corporation

110. Kohler Co.

111. Kubota Tractor Corp.

112. L.A. Fitness International, LLC

113. Levi Strauss & Co.

114. Life Time Fitness, Inc.

115. Local Corporation f/k/a Local.com Corporation

116. Luxottica Retail North America Inc.

117. LVMH Moet Hennessy Louis Vuitton, Inc.

118. M.A.C. Cosmetics, Inc.

119. Macy's

120. Match.com, LLC

121. Match.com SN, LLC

122. Maurices Incorporated

123. MEE Accessories LLC f/k/a Marc Ecko Enterprises Accessories, LLC

124. MEE Apparel, LLC f/k/a Ecko Complex LLC

125. MEE Direct LLC f/k/a Ecko Direct, LLC d/b/a Marc Ecko Enterprises
126. Merle Norman Cosmetics
127. Mexican Restaurants, Inc.
128. Miele, Inc.
129. National Interlock
130. National Vision, Inc.
131. Nautica Retail USA, Inc.
132. Nike, Inc.
133. Nordstrom, Inc.
134. Old Navy LLC (job locator)
135. Patagonia, Inc.
136. Payless Car Rental System, Inc.
137. Payless Car Sales Inc.
138. People Media, Inc.
139. Petco Animal Supplies Inc. (job locator)
140. Petco Animal Supplies Stores, Inc. (job locator)
141. PetSmart Inc.
142. PetSmart Store Support Group, Inc.
143. Pizza Hut Inc.
144. Polo Ralph Lauren Corp.
145. PSP Group LLC
146. Quiksilver, Inc. d/b/a Roxy
147. Radio Shack Corp.
148. Ralph Lauren Media, LLC
149. Randall's Food and Drugs LP

150. Randall's Food Markets Inc.

151. Regis Corporation

152. Remington Arms Company, Inc.

153. Rhino Linings Corp.

154. Richemont North America, Inc. d/b/a Cartier

155. Rolex Watch USA, Inc.

156. Safeway, Inc.

157. Schlotzsky's Franchise LLC

158. Sephora USA, Inc.

159. Seven for All Mankind LLC

160. Spanx, Inc.

161. Spencer Gifts LLC

162. Sterling Jewelers, Inc. d/b/a Jared The Galleria of Jewelry d/b/a Kay Jewelers

163. STIHL Incorporated

164. Sunbelt Rentals, Inc.

165. TA Operating LLC

166. Taco Bell Corporation

167. Target Corp. (job locator)

168. TCF Co. LLC

169. The Cheesecake Factory Inc.

170. Terex Corp.

171. The Dress Barn, Inc.

172. The Gap, Inc.

173. The Rockport Company, LLC

174. The Sports Authority, Inc.

175. The Timberland Co. d/b/a Timberland Co.

176. The Yankee Candle Company, Inc.

177. Things Remembered, Inc.

178. Thrifty, Inc.

179. Toys "R" Us Delaware, Inc.

180. Toys "R" Us, Inc.

181. Toysrus.com, LLC

182. Trane U.S. Inc.

183. Trane, Inc.

184. U.S. Vision, Inc.

185. U-Haul International, Inc.

186. U-Haul Leasing & Sales Co.

187. Ulta Salon, Cosmetics & Fragrance, Inc.

188. Valspar Corp.

189. Van Cleef & Arpels, Inc.

190. Vanguard Car Rental USA, LLC

191. Vera Wang Bridal House Ltd.

192. VEW Ltd.

193. VF Corporation (job locator)

194. VF Jeanswear L.P.

195. VF Outdoor, Inc. d/b/a The North Face

196. Victorinox Swiss Army, Inc.

197. Viewsonic Corp.

198. Visionworks of America, Inc. f/k/a Eye Care Centers of America, Inc.

199. Vitamin Cottage Food Markets, Inc.

200. Wal-Mart Stores, Inc.

201. Web Team Associates, Inc.

202. Where2GetIt, Inc.

203. Yakira LLC

204. Yelp! Inc.