# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**FRONTIER COMMUNICATIONS CORP.,**<br>e*t al.*, | 2:10-cv-265 |

## ORDER

The parties came to be heard on the Unopposed Motion To Amend Briefing Schedule On GeoTag's Motion To Compel Production Of Source Code By Defendants Represented By Seyfarth Shaw. The Court has considered the Unopposed Motion and it is hereby GRANTED.

It is hereby ORDERED that:

Seyfarth Shaw Defendants Response Brief (if any) shall be due by **August 21, 2013.**

GeoTag, Inc.'s Reply Brief (if any) shall be due by **August 26, 2013.**

The parties shall inform the Court immediately to the extent the issues are fully resolved prior to the hearing date of August 27, 2013.

**So ORDERED and SIGNED this 21st day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE