**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br>    Plaintiff,<br><br>               v.<br><br>**FRONTIER COMMUNICATIONS CORPORATION,** *et al.*,<br>    Defendants. | **Civil Action No. 2:10-CV-00265-JRG**<br><br>**CONSOLIDATED CASE** |

## ORDER

Before the Court is Plaintiff GeoTag, Inc.'s ("GeoTag") Unopposed Motion to Withdraw Solely Wal-Mart Stores, Inc. from Geotag's Motion to Compel E-Mail Production from Certain Defendants. The Court finds that Plaintiff's Motion shall be and is hereby **GRANTED**.

Defendant Wal-Mart Stores, Inc. is withdrawn from the list of defendants in GeoTag's Motion to Compel E-Mail Production from Certain Defendants (D.I. 767-1). By this Order, only Wal-Mart Stores, Inc. is withdrawn from the list of defendants and, therefore, GeoTag's Motion to Compel E-mail Discovery (D.I. 767) remains pending for all other defendants in Exhibit A (D.I. 767-1).

**So Ordered and Signed on this**

**Aug 25, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE