**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br>     **Plaintiff,** | |
| **v.** | **Civil Action No. 2:10-CV-00265-JRG** |
| **FRONTIER COMMUNICATIONS**<br>**CORPORATION,** *et al.***,**<br>     **Defendants.** | **CONSOLIDATED CASE** |

**GEOTAG'S SUPPLEMENTAL NOTICE OF NON-ASSERTION OF**
**CLAIMS AGAINST JOB LOCATORS**

Plaintiff GeoTag, Inc. ("GeoTag"), hereby provides this supplemental notice to the Court and all parties in this consolidated case with respect to its previously-filed Notice of Non-Assertion of Claims Against Job Locators (Dkt. No. 873, the "Notice of Non-Asserton").

Upon further review of the "job locator"/"career locator" Accused Instrumentalities, GeoTag has determined that it also no longer asserts in this case the claims that GeoTag has previously asserted against Accused Instrumentalities comprising "job locators" or "career locators" for Hallmark Cards, Inc.  GeoTag has also determined that it inadvertently included Petco Animal Supplies, Inc. as an exception to its Notice of Non-Assertion in error, because Petco was previously dismissed from this case.

As a result, the only "job locator" or "career locator" Accused Instrumentalities remaining in this consolidated case are those for the following three defendants: Big Lots, Inc.; TA Operating LLC; and The TJX Companies, Inc.

All of the other reservations of rights and clarifications contained in the Notice of Non-Assertion remain in effect.

DATED August 29, 2013                     Respectfully submitted,


                                          */s/ David R. Bennett*
                                  By:   David R. Bennett
                                        Direction IP Law
                                        P.O. Box 14184
                                        Chicago, IL 60614-0184
                                        Telephone: (312) 291-1667
                                        e-mail:  dbennett@directionip.com

                                        Daniel Mount
                                        Kevin Pasquinelli
                                        Mount Spelman & Fingerman, PC
                                        333 West San Carlos Street
                                        Riverpark Tower, Suite 1650
                                        San Jose, CA 95110
                                        Telephone: (408) 279-7000
                                        e-mail: dan@mount.com
                                                    kpasquinelli@mount.com

                                        Craig Tadlock
                                        Texas State Bar No. 00791766
                                        Keith Smiley
                                        Texas State Bar No. 24067869
                                        Tadlock Law Firm
                                        2701 Dallas Parkway, Suite 360
                                        Plano, Texas 75093
                                        Telephone: (903) 730-6789
                                        e-mail: craig@tadlocklawfirm.com
                                                    keith@tadlocklawfirm.com

                                        **ATTORNEYS FOR PLAINTIFF
                                        GEOTAG, INC.**


                            **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a true and correct copy of the above and foregoing
document has been served on August 29, 2013, to all counsel of record who are deemed to have
consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ David R. Bennett*
                                          David R. Bennett


                                          2