**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, *et al.*,<br><br>    **Defendants.** | **Case No. 2:10-cv-00265-JRG**<br><br>**CONSOLIDATED CASE** |

**UNOPPOSED MOTION TO EXTEND DEADLINE SOLELY TO COMPLETE**
**DEPOSITIONS OF INVENTORS NAGELKIRK AND DUNWORTH**

    Defendants submit this unopposed motion seeking permission from the Court to extend the deadline until September 30, 2013 solely to complete the depositions of inventors Joan Nagelkirk and Peter Dunworth. The Court previously granted an extension of time until August 30, 2013 [Docket No. 771] solely to complete certain depositions. The parties have been working diligently toward scheduling and completion of the depositions. However, due to reasons relating to the schedules of the witnesses and counsel, the parties are requesting additional time solely to complete these depositions and have agreed to proceed with the depositions of Joan Nagelkirk and Peter Dunworth on or before September 30, 2013.

    This request of time will not delay this case or affect other pre-trial deadlines or the trial, and should not impact or delay the Court calendar or prejudice any party.

    WHEREFORE, Defendants respectfully request that the deadline solely to complete the depositions of inventors Joan Nagelkirk and Peter Dunworth be extended to and including September 30, 2013.

Dated: August 30, 2013

Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft (Texas Bar No. 04972020)
Eric Hugh Findlay (Texas Bar No. 00789886)
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

*Attorneys for Trane U.S. Inc. and Trane, Inc Filing On Behalf of Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served a copy of UNOPPOSED MOTION TO EXTEND DEADLINE SOLELY TO COMPLETE DEPOSITIONS OF INVENTORS NAGELKIRK AND DUNWORTH *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 30, 2013.

By: */s/ Brian Craft*
Brian Craft