IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | No. 2:10-CV-265-JRG |
| FRONTIER COMMUNICATIONS CORP., *et al.* | § § § § | CONSOLIDATED CASE |
| *Defendants*. | § | |

**DEFENDANT CITYGRID MEDIA, LLC'S UNOPPOSED MOTION TO EXTEND PRODUCTION DEADLINE**

Defendant CityGrid Media, LLC ("CityGrid") files this Unopposed Motion to Extend the Production Deadline as ordered by the Court to produce e-mails. The Court previously ordered that defendants produce emails by September 10, 2013. Since the Court issued its order, CityGrid has been working to comply with the Court's order. However, due to unexpected technical difficulties, CityGrid's email system has been unable to process search queries during this time that it is ordinarily able to process. Despite working diligently to resolve this technical problem, CityGrid has been unable to search any emails to date. CityGrid has discussed this issue with GeoTag, and GeoTag does not oppose an extension of time until September 13, 2013 for CityGrid to produce emails.

This request of time will not delay this case or affect other pre-trial deadlines or the trial and should not impact or delay the Court calendar or prejudice any party.

WHEREFORE, CityGrid respectfully requests that the deadline to produce emails be extended to and include September 13, 2013.

Dated:  September 5, 2013    Respectfully submitted,

*/s/ Irene Yang*

Michael J. Bettinger (*pro hac*)
   California State Bar No. 122196
   mike.bettinger@klgates.com
Irene Yang
   California State Bar No. 245464
   irene.yang@klgates.com
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
(415) 882-8220 (*facsimile*)

Steven G. Schortgen
   Texas State Bar No. 00794603
   steve.schortgen@klgates.com
**K&L Gates LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500
(214) 939-5849 (*facsimile*)

James S. Blackburn *(Pro Hac Vice)*
   james.blackburn@aporter.com
Ali R. Sharifahmadian *(Pro Hac Vice)*
   ali.sharifahmadian@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Michael E. Jones
   State Bar No. 10929400
   mikejones@potterminton.com
Allen F. Gardner
   State Bar No. 24043679
   allengardner@potterminton.com
Daniel A. Noteware, Jr.
   State Bar No. 24051123
   dannynoteware@potterminton.com

                    **POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846

ATTORNEYS FOR DEFENDANT
*CityGrid Media, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic serivce are being served a copy of DEFENDANT CITYGRID MEDIA, LLC'S UNOPPOSED MOTION TO EXTEND PRODUCTION DEADLINE via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 5, 2013.

By:     /s/ *Irene Yang*
           Irene Yang