IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:10-CV-00265-JRG<br><br>CONSOLIDATED CASE |

### ORDER AMENDING SCHEDULE FOR CERTAIN SUMMARY JUDGMENT AND DAUBERT BRIEFING

On this date, the Court considered the Unopposed Motion to Modify Schedule for Certain Summary Judgment and Daubert Briefing (Dkt. No. 1185) filed by Plaintiff GeoTag, Inc., which is unopposed by all defendants in this consolidated case. Based on the motion and the grounds set forth therein, the pleadings in this case, the Court's knowledge of this case, and non-opposition of defendants to the motion, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is therefore ORDERED that the schedule for briefing on the summary judgment motions pending on the Court's docket as Docket Numbers 1094, 1095, 1096, 1098, 1099, 1100, 1101, 1104, 1106, 1107, 1111, 1113, and 1116 (the "Summary Judgment Motions") is hereby modified as follows:

- The deadline for Plaintiff's responses to Docket Numbers 1094, 1095, 1096, 1098, 1099, 1100, 1101, 1104, 1106, and 1107 is extended until October 17, 2013;

- The deadline for Plaintiff's responses to Docket Numbers 1111, 1113, and 1116 is extended until 5:00 p.m. Central Time on October 18, 2013

1

- Defendants' reply briefs on the Summary Judgment Motions are due according to the normal operation of the Local Rules (*i.e.*, by October 28, 2013, assuming that Plaintiff's responses are timely filed); and

- Plaintiff's sur-reply briefs on the Summary Judgment Motions are due on November 5, 2013.

It is FURTHER ORDERED that the deadline for Plaintiff to file *Daubert* motions against defendants' rebuttal experts on infringement issues is extended to October 14, 2013. Deadlines for filing *Daubert* motions are not extended except as expressly set forth in this Order.

**So Ordered and Signed on this**

**Oct 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE