IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br>       Plaintiff,<br><br>              v.<br><br>**FRONTIER COMMUNICATIONS CORPORATION,** *et al.*,<br>       Defendants. | Civil Action No. 2:10-CV-00265-JRG<br><br>**CONSOLIDATED CASE** |

### GEOTAG'S NOTICE OF AMENDED CERTIFICATE OF SERVICE AND SUPPLEMENTAL CERTIFICATE OF CONFERENCE FOR DOCKET NO. 1215

Plaintiff GeoTag, Inc. ("GeoTag"), hereby provides, files and serves on all parties this Notice of Amended Certificate of Service and Supplemental Certificate of Conference for GeoTag's Motion to Strike Expert Report and to Exclude Opinion Testimony of Dr. Ananth Grama (Dkt. No. 1215), as follows:

### AMENDED CERTIFICATE OF SERVICE FOR DOCKET NO. 1215

The undersigned hereby certifies that a true and correct copy of the above and foregoing sealed document has been served on October 15, 2013, via email, on counsel of record for the affected defendants.

       /s/ *Craig Tadlock*       
       Craig Tadlock

### SUPPLEMENTAL CERTIFICATE OF CONFERENCE FOR DOCKET NO. 1215

As of the time of filing of this Motion, the undersigned hereby certified that GeoTag had a good faith belief that this motion is opposed based on general discussions with the defendants and discussions regarding other Daubert motions in this case.  At that time, GeoTag had not been able to technically fulfill the meet and confer requirement prior to filing this motion because of my serious health issues, which have been described in other filings with the Court.  However, the Docket Control Order required that the Motion be filed on October 14, 2013, to meet the applicable deadline.  GeoTag represented that it would timely and diligently follow up with the

1

defendants to confer, following which GeoTag would file a Supplemental Certificate of Conference, and modify the motion if needed based on any agreement.

As of the date of filing of this Notice, GeoTag has offered to meet and confer with the affected defendants and offered several potential dates and times to do so, all after defendants had a chance to review this Motion and the relief requested therein. Defendants did not accept GeoTag's invitation for a further meet-and-confer. Accordingly, GeoTag now certifies, in good faith, that the issues with respect to the Motion have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

       /s/ Kevin Pasquinelli
Kevin Pasquinelli

Dated: November 4, 2013         Respectfully submitted,

       /s/ Craig Tadlock
By:  David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

Daniel Mount
Kevin Pasquinelli
Mount Spelman & Fingerman, PC
333 West San Carlos Street
Riverpark Tower, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
e-mail: dan@mount.com
       kpasquinelli@mount.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789

              e-mail: craig@tadlocklawfirm.com
                 keith@tadlocklawfirm.com

            **ATTORNEYS FOR PLAINTIFF**
            **GEOTAG, INC.**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 4, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            */s/ Craig Tadlock*
            Craig Tadlock