IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,**<br>    Plaintiff,<br><br>v.<br><br>**EDDIE BAUER, LLC,**<br>    Defendant. | 2:10-cv-00265 |
| **GEOTAG INC.,**<br>    Plaintiff,<br><br>v.<br><br>**EDDIE BAUER, LLC,**<br>    Defendant. | 2:10-cv-00461 |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AS TO GEOTAG, INC'S CLAIMS AGAINST DEFENDANT EDDIE BAUER, LLC**

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, Plaintiff, GeoTag, Inc. ("GeoTag"), and Defendant, Eddie Bauer LLC ("Eddie Bauer"), file this joint motion for entry of final judgment as to GeoTag's claims against Eddie Bauer for infringement of U.S. Patent No. 5,930,474, and would respectfully show the Court as follows:

**I. Grounds for the Motion**

1.    The conditions for entry of judgment under Federal Rule of Civil Procedure 58(b) have occurred, and therefore, entry of judgment is warranted. Specifically, on January 13, 2014, the Court entered its Memorandum Opinion and Order (Dkt#1783) granting Eddie Bauer's

motion for summary judgment (Dkt#1111), which disposed of all claims of GeoTag against Eddie Bauer. Eddie Bauer requests that all of its defenses and counterclaims against GeoTag be dismissed without prejudice.

2. To date, no judgment has been entered on the Court's Memorandum Opinion and Order.

3. Accordingly, the parties jointly request that the Court enter final judgment in the proposed form attached hereto as Exhibit "A."

## II. Requested Relief

For the foregoing reasons, Plaintiff, GeoTag, Inc. and Defendant Eddie Bauer LLC jointly request that the Court grant this motion and enter final judgment in the form of the proposed final judgment attached hereto as Exhibit "A."

DATED March 17, 2014        Respectfully submitted,


By: */s/ Joel W. Reese*
    Joel W. Reese
    State Bar No. 00788258
    Peter D. Marketos
    State Bar No. 24013101
    Adam C. Sanderson
    State Bar No. 24056264
    750 N. St. Paul Street, Ste. 610
    Dallas, Texas 75201-3202
    (214) 382-9810 (Telephone)
    e-mail: joel.reese@rgmfirm.com
    adam.sanderson@rgmfirm.com
    pete.marketos@rgmfirm.com

    David R. Bennett
    Direction IP Law P.O. Box 14184
    Chicago, IL 60614-0184
    Telephone: (312) 291-1667
    e-mail:  dbennett@directionip.com

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

*/s/ Brian K. Buss (with permission)*
Brian K. Buss
State Bar No. 00798089
Danny L. Williams
State Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Ave., Suite 1100
Houston, TX 77042
713.934.7000 Telephone
713.934.7011 Facsimile
email: dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEYS FOR DEFENDANT
EDDIE BAUER, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 17, 2104, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Joel W. Reese*
Joel W. Reese