IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG INC., <br>     Plaintiff, <br><br> v. <br><br> EDDIE BAUER, LLC., <br>     Defendant. | 2:10-cv-00265 |
| GEOTAG INC., <br>     Plaintiff, <br><br> v. <br><br> EDDIE BAUER, LLC., <br>     Defendant. | 2:10-cv-00461 |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in consideration of the Court's granting of summary judgment of non-infringement on January 14, 2014, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

Defendant Eddie Bauer, LLC ("Eddie Bauer") moved for a no evidence summary judgment on GeoTag, Inc.'s ("GeoTag") claim that Eddie Bauer infringes U.S. Patent No. 5,930,474.

The Court held a hearing and granted Eddie Bauer's motion, finding that GeoTag failed to present evidence that Eddie Bauer infringes U.S. Patent No. 5,930,474. (Dkt. No. 1783).

1

Accordingly, judgment is entered that GeoTag take nothing on its claims against Eddie Bauer. Eddie Bauer's defenses and counterclaims are dismissed without prejudice.

All relief not expressly grantef herein is denied.

**So Ordered and Signed on this**

**Mar 18, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE